UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:05-CR-32 |
| ) | (Phillips) |
| ANDREW SEATON ) | |

### ORDER

Defendant has moved the court for an order extending his report date to the Bureau of Prisons [Doc. 371]. Defendant was sentenced to a term of imprisonment on November 4, 2006, and was allowed to remain on bond and self-surrender. Defendant has received a report date to the Bureau of Prisons of November 30, 2006. Defendant requests a two-week extension of his report date in order that he may conclude some business and personal affairs before reporting to the designated facility.

The court has been informed that the government has no objection to the requested extension of defendant's report date. Accordingly, defendant's motion is **GRANTED.** Defendant is granted an extension of time to report to the Bureau of Prisons' designated facility until **December 15, 2006.**

The clerk is **DIRECTED** to provide a copy of this order to the United States Marshal.

**ENTER:**

s/ Thomas W. Phillips
United States District Judge